ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 2 2003

LUTHER D. THOMAS, Clerk
By:
_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANNA BURNS, Individually, and          )
ANNA BURNS and MICHAEL CRAWFORD        )
as Co-Administrators of the Estate of  )
LUMIS C.H. CRAWFORD,                   )
                                       )
                                       )   CIVIL ACTION
                                       )   FILE NO. 1:03-CV-3434
                Plaintiffs,            )
                                       )
vs.                                    )
                                       )
PBX, INC. and WINDELL M. ASHBY         )
                                       )
                Defendants.            )
                                       )

## NOTICE OF NAME CHANGE

Now Comes SHALENA M. COOK (f/k/a, Shalena M. Archibald) and

hereby gives notice of her name change to the Court and all parties involved in this

action.  Please note that counsel's address and telephone number remain the same.

This _14_ day of December, 2003.

CARTER & ANSLEY LLP              Respectfully submitted,
Atlantic Center Plaza
Suite 2300
1180 West Peachtree Street       _____
Atlanta, Georgia 30309           Shalena M. Cook
Telephone: (404) 658-9220        Georgia Bar No. 526846
Facsimile:  (404) 658-9726       **Attorney for Defendants PBX, Inc.
                                 and Windell M. Ashby**

# CERTIFICATE OF SERVICE

This is to certify that I have this date served *Notice of Name Change* on

opposing counsel in the foregoing matter by depositing a copy of same in the

United States Mail in a properly addressed envelope with adequate postage thereon

as follows:

Lance D. Lourie
Stephen R. Chance
Watkins, Lourie, Roll & Chance, LLP
Tower Place 200, Suite 1050
3348 Peachtree Road, N.E.
Atlanta, Georgia 30326

This 11th day of December, 2003.

Shalena M. Cook